Marianne Dugan (Oregon State Bar # 93256)
*pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency,<br><br>Defendant. | Case No. CV 08 1240<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Certification of Interested Entities or Persons   1

| | |
|---|---|
| 1 | **CERTIFICATION OF INTERESTED ENTITIES OF PERSONS** |
| 2 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than |
| 3 | the named parties, there is no such interest to report. |

DATED: March 3, 2008

*/s/ Matthew Vespa*

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Marianne Dugan (Oregon State Bar # 93256)
*pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com