Marianne Dugan, Oregon State Bar # 93256
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072

Clerk's Use Only
Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

Plaintiff(s),

v.

RURAL UTILITIES SERVICE,

Defendant(s).

CASE NO. CV 08 1240 EMC

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Marianne Dugan, an active member in good standing of the bar of Oregon, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Matthew D. Vespa, Cal. State Bar. # 222265, CBD; 1095 Market Street, Suite 511; San Francisco, CA 94103; (415) 436-9682 ext. 309

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/2/08