# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA
## E-filing

Center for Biological Diversity et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Rural Utilites Service

CV 08

EMC

TO: (Name and address of defendant)

USDA Rural Utilities Service (RUS)
1400 Independence Avenue, SW., Mail Stop 1510
Washington, DC 20250-0747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew Vespa
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 3 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |
| ☐ Served Personally upon the Defendant. Place where served: | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐ Returned unexecuted: | |
| ☐ Other (specify): | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
                        Date                                                    Signature of Server

                                                                                   _____
                                                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure