Marianne Dugan (Oregon State Bar # 93256)
  *pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency with the United States Department of Agriculture,<br><br>Defendant. | Case No. 08-CV-01240-EMC<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS** |

Proof of Service of Summons and Complaint et al.
Case No. 08-CV-01240-EMC

A copy of the Summons addressed to each Defendant, attached hereto as Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on March 3, 2008, to the following:

James N. Andrew Director
USDA Rural Utilities Service
1400 Independence Avenue, SW
Mail Stop 1510
Washington, D.C. 20250-0747

U. S. Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

The documents were received on March 10, 2008, March 10, 2008 and March 4, 2008, respectively. A declaration of proof of service for each of the Summonses for each Defendant was executed on the Return of Service section of each Summons (see Exhibit A). Along with the Summons and Complaint in this matter, copies of the following documents were also served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed March 3, 2008;
2. Plaintiffs' Certification of Interested Entities or Persons filed March 3, 2008;
3. ECF Registration Information Handout;
4. Welcome to the U.S. District Court handout
5. U.S. District Court Northern District of California, Drop Box Filing Procedures
6. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;

Proof of Service of Summons and Complaint et al.
Case No. 08-CV-01240-EMC                                                                                           1

7. Consent to Proceed Before a U.S. Magistrate Judge;

8. Declination to Proceed Before a U.S. Magistrate Judge

9. Order Setting Initial Case Management Conference and ADR Deadlines (w/ attached Standing Orders);

Respectfully Submitted,

DATED: March 27, 2008

/s/ Matthew Vespa
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Marianne Dugan (Oregon State Bar # 93256)
*pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

Proof of Service of Summons and Complaint et al.
Case No. 08-CV-01240-EMC

2

# Exhibit A

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity et. al

**E-filing**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Rural Utilites Service

CV 08 1240 EMC

TO: (Name and address of defendant)

USDA Rural Utilities Service (RUS)
1400 Independence Avenue, SW., Mail Stop 1510
Washington, DC 20250-0747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew Vespa
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR  3 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE March 3, 2008 |
| Name of SERVER Matthew Vespa | TITLE staff attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): via certified mail, return receipt: FRCP 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 3, 2008
           Date

Signature of Server

Address of Server: CBD, 1095 Market St, Suite 511, SF, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure