E-filing

UNITED STATES DISTRICT COURT

Northern District of California

Center for Biological Diversity, Kentucky Environmental Foundation, Sierra Club

Plaintiff(s),

v.

Rural Utilities Service

Defendant(s).

CASE NO.

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Marianne Dugan , an active member in good standing of the bar of Oregon whose business address and telephone number (particular court to which applicant is admitted) is

259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CBD, Kentucky Env't Found., Sierra Club

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/9/08

Edward M. Chen
United States Magistrate Judge