RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 305-0639
Facsimile:   (202) 305-0506

Attorneys for Defendant Rural Utilities Service

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture,<br><br>Defendant. | Civ. No. 08-cv-1240-EMC |

### **DEFENDANT'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned enters a special appearance as counsel for Defendant Rural Utilities Service for the purpose of receiving prompt notice of any filings and orders issued in this case, pending a formal appearance via pleadings by Defendant.  This special appearance is expressly made without waiving any jurisdictional, venue or other defense.  Service of all papers by United States mail should be made to the following address:

    Brian C. Toth
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

All hand or overnight deliveries upon counsel should be made to the following street address:

    Brian C. Toth
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    Patrick Henry Building
    601 D Street, NW
    Washington, DC 20004

The undersigned counsel can be reached by telephone at (202) 305-0639, by facsimile at (202) 305-0506, and by e-mail at brian.toth@usdoj.gov.

Dated: April 11, 2008                       Respectfully submitted,

                                       RONALD J. TENPAS
                                       Assistant Attorney General
                                       Environment and Natural Resources Division

                                       /s/ Brian C. Toth
                                       BRIAN C. TOTH
                                       Trial Attorney
                                       Natural Resources Section
                                       Environment and Natural Resources Division
                                       United States Department of Justice
                                       Environment & Natural Resources Division
                                       P.O. Box 663
                                       Washington, D.C. 20044-0663
                                       Telephone:  (202) 305-0639
                                       Facsimile:   (202) 305-0506

                                       Attorney for Defendant Rural Utilities Service

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I electronically filed the foregoing DEFENDANT'S NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Marianne G Dugan
>mdugan@mdugan.com,mariannedugan@yahoo.com
>
>Matthew D. Vespa
>mvespa@biologicaldiversity.org

Dated: April 11, 2008  /s/ Brian C. Toth
BRIAN C. TOTH
Attorney for Defendant Rural Utilities Service