RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506

Attorneys for Defendant Rural Utilities Service

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture,<br><br>Defendant. | Case No. 08-cv-1240-EMC |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 1, 2008                    Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney

DEF.'S DECLINATION TO PROCEED BEFORE MAG. J., Civ. No. 08-1240-EMC                    1

|   |   |
|---|---|
| 1 | Natural Resources Section |
| 2 | Environment and Natural Resources Division |
|   | United States Department of Justice |
| 3 | Environment & Natural Resources Division |
|   | P.O. Box 663 |
| 4 | Washington, D.C. 20044-0663 |
|   | Telephone:  (202) 305-0639 |
| 5 | Facsimile:   (202) 305-0506 |

*Of counsel*:

HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

Attorneys for Defendant Rural Utilities Service

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2008, I electronically filed the foregoing DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Marianne G Dugan
    mdugan@mdugan.com,mariannedugan@yahoo.com

    Matthew D. Vespa
    mvespa@biologicaldiversity.org

Dated: May 1, 2008                                      /s/ Brian C. Toth
                                                                                  BRIAN C. TOTH
                                                                                  Attorney for Defendant Rural Utilities Service