1  Marianne Dugan (Oregon State Bar # 93256)
       *pro hac vice application pending*
2  259 E. 5th Ave., Ste 200-D
   Eugene, OR 97401
3  Telephone: (541) 338-7072
   Fascimile: (866) 650-5213
4  Email: mdugan@mdugan.com

5  Matthew D. Vespa (CA Bar. No. 222265)
   Center for Biological Diversity
6  1095 Market Street, Suite 511
   San Francisco, CA 94103
7  Telephone: (415) 436-9682 ext. 309
   Fascimile. 415-436-9683
8  E-mail: mvespa@biologicaldiversity.org

9  Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental
   Foundation, and Sierra Club

10

11  IN THE UNITED STATES DISTRICT COURT

12  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  SAN FRANCISCO DIVISION

14  CENTER FOR BIOLOGICAL DIVERSITY,    )    Case No. 08-1240-EMC
    KENTUCKY ENVIRONMENTAL              )
    FOUNDATION, and SIERRA CLUB,        )
15                                      )
            Plaintiffs,                 )
16                                      )
        v.                              )
17                                      )
    RURAL UTILITIES SERVICE, a federal agency )
18  within the United States Department of Agriculture, )
                                        )
19          Defendant.                  )
    _____)

20

21  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

22  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

23  party in the above-captioned civil matter hereby voluntarily consents to have a United States

24

Page 1 - CONSENT TO PROCEED BEFORE U.S. MAGISTRATE

MARIANNE DUGAN, Attorney at Law
259 East 5th Ave., Suite 200-D
Eugene, OR  97401
(541) 338-7072; Fax (866) 650-5213
mdugan@mdugan.com

1  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

2  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United

3  States Court of Appeals for the Ninth Circuit.

4      DATED: May 1, 2008.

                  /s/ Marianne Dugan
                Marianne Dugan (Oregon State Bar # 93256)
                *pro hac vice application pending*
                259 E. 5th Ave., Ste 200-D
                Eugene, OR 97401
                Telephone: (541) 338-7072
                Fascimile: (866) 650-5213
                Email: mdugan@mdugan.com

                Matthew D. Vespa (CA Bar. No. 222265)
                Center for Biological Diversity
                1095 Market Street, Suite 511
                San Francisco, CA 94103
                Telephone: (415) 436-9682 ext. 309
                Fascimile. 415-436-9683
                E-mail: mvespa@biologicaldiversity.org

                        Attorneys for plaintiffs

Page 2 - CONSENT TO PROCEED BEFORE U.S. MAGISTRATE

MARIANNE DUGAN, Attorney at Law
259 East 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072; Fax (866) 650-5213
mdugan@mdugan.com