RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile: (202) 305-0506

Attorneys for Defendant Rural Utilities Service

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture, <br><br> Defendant. | Case No. C08-1240-MMC <br><br><br><br><br><br> Date: June 27, 2008 <br> Time: 9:00 a.m. <br> Honorable Maxine M. Chesney <br> Courtroom 7, 19th Floor |

**DEFENDANT'S AMENDED NOTICE OF MOTION
AND MOTION TO TRANSFER VENUE**

PLEASE TAKE NOTICE that on June 27, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of United States District Judge Maxine M. Chesney of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Rural Utilities Service will move this Court, pursuant to 28 U.S.C. § 1404(a) and Local Civil Rule 3-2(f), to transfer this case to the United States District Court for the District of Columbia, or alternatively, the Eastern District of Kentucky.

The grounds for this motion are that the case should be transferred based on the location of the events at issue for the convenience of the parties and the witnesses, and in the interests of justice. The motion will be based upon the supporting Memorandum of Points and Authorities (Dkt. #10), the Declaration of James Newby (Dkt. #11), the Declaration of Brian C. Toth and attached exhibits (Dkt. #12), and upon such further evidence and oral argument as may be presented at the hearing. Defendant's undersigned counsel has conferred with counsel for Plaintiffs, who oppose this motion.

This amended notice of motion is being filed due to the fact that the previously-noticed motion date was vacated when the case was reassigned on May 2, 2008. (Dkt. #17).

Dated: May 7, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

  /s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 305-0639
Facsimile:   (202) 305-0506

*Of counsel*:

HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

Attorney for Defendant Rural Utilities Service

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I electronically filed the foregoing DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO TRANSFER VENUE, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Marianne G Dugan
    mdugan@mdugan.com,mariannedugan@yahoo.com

    Matthew D. Vespa
    mvespa@biologicaldiversity.org

Dated: May 7, 2008

    /s/ Brian C. Toth
    BRIAN C. TOTH
    Attorney for Defendant Rural Utilities Service