```
1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   RACHEL A. DOUGAN
3  JULIE S. THROWER
   Trial Attorneys
4  Natural Resources Section
   Environment and Natural Resources Division
5  United States Department of Justice
   Environment & Natural Resources Division
6  P.O. Box 663
   Washington, D.C. 20044-0663
7  Telephone: (202) 616-5082
   Facsimile:  (202) 305-0506
8
   Attorneys for Defendant Rural Utilities Service
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture,<br><br>Defendant. | Civ. No. 08-cv-1240-MMC |

## DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Brian C. Toth and enter the appearances of Rachel A. Dougan and Julie S. Thrower as counsel of record on behalf of Defendant in the above-captioned matter. Service of all papers by U.S. Mail should be addressed as follows:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> Benjamin Franklin Station, P.O. Box 663
> Washington, D.C. 20044-0663

DEF.'S NOT. OF SUBSTITUTION OF COUNSEL,
Civ. No. 08-1240-MMC                                                                 1

1  Express deliveries and hand deliveries should be addressed to:

2  United States Department of Justice
   Environment and Natural Resources Division
3  Natural Resources Section
   601 D Street, NW, 3rd Floor
4  Washington, D.C. 20004

5  Electronic mail should be addressed to:

6  Rachel.Dougan@usdoj.gov

7  Julie.Thrower@usdoj.gov

8  Telephone and Facsimile numbers are as follows:

9  Telephone:   (202) 616-5082 (Dougan)

10             (202) 305-0247 (Thrower)

11 Facsimile:   (202) 305-0506

13 Dated: May 27, 2008                Respectfully submitted,

14                                    RONALD J. TENPAS
                                      Assistant Attorney General
15                                    Environment and Natural Resources Division

16                                    /s/ Rachel A. Dougan
                                      RACHEL A. DOUGAN
17                                    JULIE S. THROWER
                                      Trial Attorneys
18                                    Natural Resources Section
                                      Environment and Natural Resources Division
19                                    United States Department of Justice
                                      Environment & Natural Resources Division
20                                    P.O. Box 663
                                      Washington, D.C. 20044-0663
21                                    Telephone: (202) 616-5082
                                      Facsimile:  (202) 305-0506
22
                                      Attorneys for Defendant Rural Utilities Service

DEF.'S NOT. OF SUBSTITUTION OF COUNSEL,
Civ. No. 08-1240-MMC                                                            2

1

**<u>CERTIFICATE OF SERVICE</u>**

2  I hereby certify that on May 27, 2008, I electronically filed the foregoing DEFENDANT'S NOTICE

3  OF SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send

4  notification of such filing to the following:

5      Marianne G Dugan
        mdugan@mdugan.com,mariannedugan@yahoo.com
6
        Matthew D. Vespa
7       mvespa@biologicaldiversity.org

8
   Dated: May 27, 2008                       /s/ Rachel A. Dougan
9                                          RACHEL A. DOUGAN
                                           Attorney for Defendant Rural Utilities Service
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF.'S NOT. OF SUBSTITUTION OF COUNSEL,
Civ. No. 08-1240-MMC                                                                              3