1  TIMOTHY J. HAGERTY
   (Kentucky State Bar No. 85414)
2  *Pro hac vice application pending*
   Frost Brown Todd LLC
3  400 W. Market St., 32nd Floor
   Louisville, Kentucky 40202
4  Telephone: (502) 589-5400
   Facsimile: (502) 581-1087
5  Email: thagerty@fbtlaw.com

6  KENNETH A. REICH
   (Massachusetts State Bar No. BBO 549464)
7  *Pro hac vice application pending*
   WolfBlock LLP
8  One Boston Place
   Boston, MA 02108
9  Telephone: (617) 226-4003
   Facsimile: (617) 226-4500
10 Email: kreich@wolfblock.com

11 JOSE R. ALLEN (California State Bar No. 122742)
   Skadden, Arps, Slate, Meagher & Flom LLP
12 Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
13 Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
14 Email: Jose.Allen@skadden.com

15 Attorneys for Applicant Intervenor-Defendant
   East Kentucky Power Cooperative, Inc.

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                              SAN FRANCISCO DIVISION

20 | CENTER FOR BIOLOGICAL DIVERSITY,        | Case No. C08-1240-MMC
   | KENTUCKY ENVIRONMENTAL
21 | FOUNDATION, and SIERRA CLUB             | **STIPULATION RE BRIEFING
   |                                         | SCHEDULE; [PROPOSED] ORDER
22 |                     Plaintiffs,         | THEREON**
   |
23 |         vs.                             | Honorable Maxine M. Chesney
   |                                         | Courtroom 7, 19th Floor
24 | RURAL UTILITIES SERVICE, a federal agency
   | Within the United States Department of Agriculture
25 |
   |                     Defendant.
26

27

28

STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON
Case No. C08-1240-MMC

1  WHEREAS, on March 8, 2008, Plaintiffs Center for Biological Diversity, Kentucky
2  Environmental Foundation, and Sierra Club (collectively, "Plaintiffs") filed a Complaint and
3  Request for Declaratory and Injunctive Relief with this Court naming Rural Utilities Service, a
4  federal agency within the United States Department of Agriculture, as the defendant;
5  WHEREAS, in their Complaint, Plaintiffs raise claims under the National Environmental
6  Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4370(d), and its implementing regulations, 40 CFR
7  §§ 1500-1508 in regard to Defendant Rural Utilities Service's ("RUS") NEPA review of Applicant
8  Intervenor-Defendant East Kentucky Power Cooperative, Inc.'s ("EKPC") request for financing
9  assistance for two new combustion turbine electric generating units at its existing J.K. Smith Electric
10 Generating Station, two new electric switching stations, and a 36-mile, Smith-West Garrard 345
11 kilovolt electric transmission line;
12 WHEREAS, on April 30, 2008, RUS filed a motion to transfer venue in the above captioned
13 case and a hearing was set for June 27, 2008;
14 WHEREAS, on May 2, 2008, RUS filed an Answer;
15 WHEREAS, EKPC intends to file a motion to intervene in this action on May 30, 2008.
16 Plaintiffs oppose EKPC's motion, and RUS takes no position on EKPC's motion;
17 WHEREAS, EKPC intends to file a proposed concurrence to RUS's motion to transfer venue
18 on May 30, 2008, which concurrence EKPC requests the Court to consider if its request for
19 intervention on the merits of this action is granted;
20 WHEREAS, EKPC wishes to have the motion to transfer venue and motion to intervene
21 heard on the same date and at the earliest date possible to avoid unnecessary time and waste of
22 judicial resources;
23 WHEREAS, RUS and Plaintiffs do not object to having the motion to intervene heard on the
24 same day as the currently scheduled June 27, 2008 hearing on the motion to transfer venue; and
25 WHEREAS, the Parties agree to a shortened briefing schedule.
26 WHEREFORE, the Parties agree that the hearings on the motion to transfer venue and the
27 motion to intervene shall take place on **June 27, 2008**, and by and through their respective counsel
28 of record, hereby stipulate to the following schedule:

STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON      Page 1
Case No. C08-1240-EMC

| | |
|---|---|
| **May 30, 2008:** | Applicant Intervenor-Defendant EKPC's Motion to Intervene to be Filed, and Applicant Intervenor-Defendant EKPC's Proposed Concurrence to RUS's Motion to Transfer to be Filed |
| **June 13, 2008:** | Plaintiffs' Opposition to Motion to Intervene Due |
| **June 17, 2008:** | Applicant Intervenor-Defendant's Reply Brief Due |

Nothing in this stipulation shall affect the schedule for RUS's motion to transfer venue, which shall be briefed and heard in accordance with the local rules.

Dated: May 30, 2008

                                              S/ JOSÉ R. ALLEN
JOSE R. ALLEN
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Jose.Allen@skadden.com

TIMOTHY J. HAGERTY
*Pro hac vice application pending*
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: thagerty@fbtlaw.com

KENNETH A. REICH
*Pro hac vice application pending*
WolfBlock LLP
One Boston Place
Boston, MA 02108
Telephone: (617) 226-4003
Facsimile: (617) 226-4500
Email: kreich@wolfblock.com

Attorneys for Applicant Intervenor-Defendant
East Kentucky Power Cooperative, Inc.

1  Dated: May 30, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

_____S/ RACHEL A. DOUGAN*_____
RACHEL A. DOUGAN
JULIE S. THROWER
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 616-5082
Facsimile: (202) 305-0506
Email: Rachel.Dougan@usdoj.gov

Attorneys for Defendant Rural Utilities Service

Dated: May 30, 2008

_____S/ MATTHEW D. VESPA*_____
MATTHEW D. VESPA
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 ext. 309
Facsimile: (415) 436-9683
Email: mvespa@biologicaldiversity.org


MARIANNE DUGAN
 *Pro hac vice*
259 E. 5th Ave., Ste 200-D
1095 Market Street, Suite 511
Eugene, OR 97401
Telephone: (541) 338-7072
Facsimile: (866) 650-5213
Email: mdugan@mdugan.com

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club


*  Per email authorization

STIPULATION RE BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON          Page 3
Case No. C08-1240-EMC

1  IT IS SO ORDERED.

2

3  Dated:                                    _____
                                              United States District Judge
4