1  TIMOTHY J. HAGERTY
   (Kentucky State Bar No. 85414)
2  *Pro hac vice application pending*
   Frost Brown Todd LLC
3  400 W. Market St., 32nd Floor
   Louisville, Kentucky 40202
4  Telephone: (502) 589-5400
   Facsimile: (502) 581-1087
5  Email: thagerty@fbtlaw.com

6  KENNETH A. REICH
   (Massachusetts State Bar No. BBO 549464)
7  *Pro hac vice application pending*
   WolfBlock LLP
8  One Boston Place
   Boston, MA 02108
9  Telephone: (617) 226-4003
   Facsimile: (617) 226-4500
10 Email: kreich@wolfblock.com

11 JOSE R. ALLEN (California State Bar No. 122742)
   Skadden, Arps, Slate, Meagher & Flom LLP
12 Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
13 Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
14 Email: Jose.Allen@skadden.com

15 Attorneys for Applicant Intervenor-Defendant
   East Kentucky Power Cooperative, Inc.
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL<br>21  FOUNDATION, and SIERRA CLUB | Case No. C08-1240-MMC |
| 22                           Plaintiffs, | **EAST KENTUCKY POWER COOPERATIVE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 23          vs. | |
| 24  RURAL UTILITIES SERVICES, a federal agency Within the United States Department of Agriculture | |
| 25 | Date: June 27, 2008<br>Time: 9:00 a.m. |
| 26                           Defendant. | Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |

27

28

EKPC's Certification of Interested Entities or Persons, Case No. C08-1240-MMC

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

3

associations of persons, firms, partnerships, corporations (including parent corporations) or other

4

entities (i) have a financial interest in the subject matter in controversy or in a party to the

5

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

6

substantially affected by the outcome of this proceeding:

7

East Kentucky Power Cooperative, Inc. ("EKPC") is owned and governed by the following

8

locally-based, consumer-owned electric distribution cooperatives, which receive electric generation

9

and transmission services from EKPC:

10

    Big Sandy RECC
    Blue Grass Energy

11

    Clark Energy
    Cumberland Valley Electric

12

    Farmers RECC
    Fleming-Mason Energy

13

    Grayson RECC
    Inter-County Energy

14

    Jackson Energy
    Licking Valley RECC

15

    Nolin RECC
    Owen Electric

16

    Salt River Electric
    Shelby Energy

17

    South Kentucky Rural Electric
    Taylor County RECC

18

19

Dated:  May 30, 2008                Respectfully submitted,

20

21

                    S/ JOSÉ R. ALLEN

22

                JOSE R. ALLEN
                Skadden, Arps, Slate, Meagher & Flom LLP

23

                Four Embarcadero Center, Suite 3800
                San Francisco, California 94111

24

                Telephone: (415) 984-6400
                Facsimile: (415) 984-2698

25

                Email: Jose.Allen@skadden.com

26

27

28

TIMOTHY J. HAGERTY
       *Pro hac vice application pending*
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: thagerty@fbtlaw.com

KENNETH A. REICH
       *Pro hac vice application pending*
WolfBlock LLP
One Boston Place
Boston, MA 02108
Telephone: (617) 226-4003
Facsimile: (617) 226-4500
Email: kreich@wolfblock.com

Attorneys for Applicant Intervenor-Defendant
East Kentucky Power Cooperative, Inc.