TIMOTHY J. HAGERTY
(Kentucky State Bar No. 85414)
*Pro hac vice application pending*
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: thagerty@fbtlaw.com

KENNETH A. REICH
(Massachusetts State Bar No. BBO 549464)
*Pro hac vice application pending*
WolfBlock LLP
One Boston Place
Boston, MA 02108
Telephone: (617) 226-4003
Facsimile: (617) 226-4500
Email: kreich@wolfblock.com

JOSE R. ALLEN (California State Bar No. 122742)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Jose.Allen@skadden.com

Attorneys for Intervenor-Defendant
East Kentucky Power Cooperative, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB<br><br>                    Plaintiffs,<br>         vs.<br><br>RURAL UTILITIES SERVICES, a federal agency Within the United States Department of Agriculture<br><br>                    Defendant,<br>         and<br><br>EAST KENTUCKY POWER COOPERATIVE, INC.<br><br>                    Intervenor-Defendant. | Case No. C08-1240-MMC<br><br>**EAST KENTUCKY POWER COOPERATIVE, INC.'S PROPOSED CONCURRENCE IN DEFENDANT RUS'S MOTION TO TRANSFER VENUE**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |

Intervenor's Concurrence in Def.'s Mot. to Transfer Venue
Case No. C08-1240-MMC

1    East Kentucky Power Cooperative, Inc. ("EKPC") tenders this Proposed Concurrence in support of Defendant Rural Utilities Service's ("RUS") Amended Motion to Transfer Venue filed with this Court on May 7, 2008 (Dkt. #18). EKPC requests that the Court consider this Proposed Concurrence in the event that the Court grants EKPC's motion to intervene on the merits of this action, which motion EKPC intends to file on May 30, 2008.

For the reasons set forth in RUS's Supporting Memorandum of Points and Authorities filed with its original Motion to Transfer Venue on April 30, 2008 (Dkt. #10), EKPC concurs with RUS's Motion and requests that this Court transfer this action to the United States District Court for the District of Columbia, or in the alternative, to the Eastern District of Kentucky.

Dated: May 30, 2008                                    Respectfully submitted,


                                                           S/JOSÉ R. ALLEN
JOSE R. ALLEN
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Jose.Allen@skadden.com

TIMOTHY J. HAGERTY
    *Pro hac vice application pending*
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: thagerty@fbtlaw.com

KENNETH A. REICH
    *Pro hac vice application pending*
WolfBlock LLP
One Boston Place
Boston, MA 02108
Telephone: (617) 226-4003
Facsimile: (617) 226-4500
Email: kreich@wolfblock.com

Attorneys for Intervenor-Defendant
East Kentucky Power Cooperative, Inc