| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

TIMOTHY J. HAGERTY (KY State Bar No. 85414)
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, Kentucky 40202
Telephone: (502) 589-5400

**FILED**
08 JUN -2 AM 11: 23
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB

Plaintiff(s),

v.

RURAL UTILITIES SERVICE, a federal agency with the United States Department of Agriculture

Defendant(s).

CASE NO. C08-1240-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Timothy J. Hagerty, an active member in good standing of the bar of Kentucky, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing East Kentucky Power Cooperative, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

José R. Allen, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP,
Four Embarcadero Center, Ste 3800, San Francisco, CA 94111   (415) 984-6400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2008

Timothy J. Hagerty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL
DIVERSITY, KENTUCKY
ENVIRONMENTAL FOUNDATION, and
SIERRA CLUB

Plaintiff(s),

v.

RURAL UTILITIES SERVICE, a federal agency with the United States Department of Agriculture

Defendant(s).

CASE NO. C08-1240-MMC

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Timothy J. Hagerty, an active member in good standing of the bar of the Supreme Court of Kentucky whose business address and telephone number (particular court to which applicant is admitted) is, Frost Brown Todd LLC, 400 W. Market Street, 32nd Floor, Louisville, Kentucky 40202, (502) 589-5400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing East Kentucky Power Cooperative, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States          Judge
Honorable Maxine M. Chesney

American LegalNet, Inc.
www.FormsWorkflow.com