1  TIMOTHY J. HAGERTY
   (Kentucky State Bar No. 85414)
2  *Pro hac vice application pending*
   Frost Brown Todd LLC
3  400 W. Market St., 32nd Floor
   Louisville, Kentucky 40202
4  Telephone: (502) 589-5400
   Facsimile: (502) 581-1087
5  Email: thagerty@fbtlaw.com

6  KENNETH A. REICH
   (Massachusetts State Bar No. BBO 549464)
7  *Pro hac vice application pending*
   WolfBlock LLP
8  One Boston Place
   Boston, MA 02108
9  Telephone: (617) 226-4003
   Facsimile: (617) 226-4500
10 Email: kreich@wolfblock.com

11 JOSE R. ALLEN (California State Bar No. 122742)
   Skadden, Arps, Slate, Meagher & Flom LLP
12 Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
13 Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
14 Email: Jose.Allen@skadden.com

15 Attorneys for Intervenor-Defendant
   East Kentucky Power Cooperative, Inc.
16

**FILED**

08 JUN -2 AM 11: 24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB<br><br>Plaintiffs,<br><br>vs.<br><br>RURAL UTILITIES SERVICES, a federal agency Within the United States Department of Agriculture<br><br>Defendant. | Case No. C08-1240-MMC<br><br>**PROOF OF SERVICE** |

Proof of Service, Case No. C08-1240-MMC

1  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Four Embarcadero Center, Suite 3800, San Francisco, California 94111.

On June 2, 2008, I served the foregoing documents described as:

**APPLICATION FOR ADMISSION OF ATTORNEY (TIMOTHY J. HAGERTY) *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (TIMOTHY J. HAGERTY) *PRO HAC VICE*; APPLICATION FOR ADMISSION OF ATTORNEY (KENNETH A. REICH) *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (KENNETH A. REICH) *PRO HAC VICE*;**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**VIA FEDERAL EXPRESS**

Matthew D. Vespa
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA  94103

Marianne G. Dugan
259 E. 5th Avenue, Suite 200-D
Eugene, OR  97401

I am readily familiar with the firm's practice for the collection and processing of correspondence to be delivered by overnight mail and the fact that the correspondence is placed for collection by Federal Express that same day in the ordinary course of business, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal Express office. On this date, the above-referenced correspondence was placed for collection and overnight mail following ordinary business practices at San Francisco, California.

**VIA US POSTAL SERVICE OVERNIGHT MAIL**

Rachel Anne Dougan
U.S. Department of Justice
P.O. Box 663
Washington, DC  20044-0663

Proof of Service, Case No. C08-1240-MMC                                                                 Page 1

1 | I deposited such envelope with postage thereon fully prepaid at San Francisco,
2 | California, and placed for collection and mailing via overnight delivery following ordinary business
3 | practices. I am readily familiar with the firm's practice for the collection and processing of docu-
4 | ments for mailing with the United States Postal Service in the ordinary course of business.
5 | I declare under penalty of perjury under the laws of the State of California and the
6 | United States of America that the above is true and correct.
7 | Executed on June 2, 2008, at San Francisco, California.

*/s/ Ruth Mehrwein*
Ruth Mehrwein

Proof of Service, Case No. C08-1240-MMC                                Page 1