**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED
08 JUN -2 AM 11: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL
DIVERSITY, KENTUCKY
ENVIRONMENTAL FOUNDATION, and
SIERRA CLUB

Plaintiff(s),

v.

RURAL UTILITIES SERVICE, a federal
agency with the United States Department of
Agriculture

Defendant(s).

**CASE NO.** C08-1240-MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

Timothy J. Hagerty, an active member in good standing of the bar of the Supreme Court of
Kentucky whose business address and telephone number (particular court to which applicant is
admitted) is, Frost Brown Todd LLC, 400 W. Market Street, 32nd Floor, Louisville, Kentucky
40202, (502) 589-5400, having applied in the above-entitled action for admission to practice in
the Northern District of California on a *pro hac vice* basis, representing East Kentucky Power
Cooperative, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac
vice* . Service of papers upon and communication with co-counsel designated in the application
will constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated:  June 5, 2008

United States          Judge
Honorable Maxine M. Chesney

American LegalNet, Inc.
www.FormsWorkflow.com

United States District Court
For the Northern District of California