UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB

Plaintiff(s),

v.

RURAL UTILITIES SERVICE, a federal agency with the United States Department of Agriculture

Defendant(s).

CASE NO. C08-1240-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kenneth A. Reich, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is, WolfBlock LLP, One Boston Place, Boston, MA 02108, (617) 226-4003, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing East Kentucky Power Cooperative, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 5, 2008

United States Judge
Honorable Maxine M. Chesney

American LegalNet, Inc.
www.FormsWorkflow.com