1  Marianne Dugan (Oregon Bar No. 93256)
        *pro hac vice*
2  259 E. 5th Ave., Ste 200-D
   Eugene, OR 97401
3  Telephone: (541) 338-7072
   Fascimile: (866) 650-5213
4  Email: mdugan@mdugan.com

5  Matthew D. Vespa (CA Bar No. 222265)
   Center for Biological Diversity
6  351 California Street, Suite 600
   San Francisco, CA 94104
7  Telephone: (415) 436-9682 ext. 309
   Fascimile. 415-436-9683
8  E-mail: mvespa@biologicaldiversity.org

9       Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  CENTER FOR BIOLOGICAL DIVERSITY,      )
    KENTUCKY ENVIRONMENTAL                )
    FOUNDATION, and SIERRA CLUB,          )   Case No. C-08-1240 MMC
16                                         )
         Plaintiffs,                       )
17                                         )   **NOTICE OF CHANGE OF**
                                           )   **ATTORNEY INFORMATION**
18       v.                                )
                                           )
19  RURAL UTILITIES SERVICE, a federal agency )
    with the United States Department of Agriculture, )
20                                         )
                                           )
21       Defendant.                        )
                                           )
22                                         )

23

24

25

26

27

28

NOTICE OF CHANGE OF ATTORNEY INFORMATION
Case No. C-08-1240 MMC

1    **NOTICE OF CHANGE OF ATTORNEY INFORMATION/CHANGE OF ADDRESS**

2        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE

3    that effective immediately, the contact information for Matthew D. Vespa, attorney for Plaintiffs is

4    as follows:

5    Matthew D. Vespa
     Center for Biological Diversity
6    511 California Street, Suite 600
     San Francisco, CA 94104
7    Telephone: (415) 436-9682
     Fax: (415) 436-9683
8    Email: mvespa@biologicaldiversity.org

9

10   DATED: June 6, 2008                    /s/ Matthew D. Vespa
                                            Matthew D. Vespa (CA Bar. No. 222265)
11                                          Center for Biological Diversity
                                            1095 Market Street, Suite 511
12                                          San Francisco, CA 94103
                                            Telephone: (415) 436-9682 ext. 309
13                                          Fascimile. 415-436-9683
                                            E-mail: mvespa@biologicaldiversity.org
14

15                                          Marianne Dugan (Oregon State Bar # 93256)
                                                  *pro hac vice*
16                                          259 E. 5th Ave., Ste 200-D
                                            Eugene, OR 97401
17                                          Telephone: (541) 338-7072
                                            Fascimile: (866) 650-5213
18                                          Email: mdugan@mdugan.com

19
                                            Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ATTORNEY INFORMATION
Case No. C-08-1240 MMC