Marianne Dugan (Oregon State Bar # 93256)
  *pro hac vice*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE, a federal agency with the United States Department of Agriculture,<br><br>Defendant. | Case No. C-08-1240 MMC<br><br>**DECLARATION OF MATTHEW D. VESPA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER** |

I, Matthew D. Vespa, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am a staff attorney at the Center for Biological Diversity in its Climate, Air, and Energy Program ("Climate Program"). I have also been a staff attorney for the Center for Biological Diversity ("Center") since July, 2007. I am familiar with the history, structure and activities of the Center.

3. The Center is a 501(c)(3) non-profit corporation with over 40,000 members. More of our members are in California than in any other state. The largest concentration of our members in California is in the Bay Area.

4. The Center was incorporated as a New Mexico corporation in 1993. In 1995 the Center moved its main office to Tucson, Arizona. In 1998 the Center opened an office in Berkeley, California. The Center has had a Bay Area office continuously since that time. Our Bay Area office is currently in San Francisco and, after Tucson, is our largest office.

5. The Center currently has 60 full-time employees. The Climate Program has five positions. The majority of positions in the Climate Program, including my own position, are in our San Francisco office.

6. The San Francisco office serves as the hub for all of the Center's climate-related activities with most court filings, and comment submittals handled out of this office. A primary focus of the Climate Program is to curb global warming pollution. Because the current litigation involves the potential expansion of a coal-fired power plant, it falls squarely within the scope of the Center's climate-related work. I am serving as co-counsel in this case.

7. While the Center's efforts to protect biodiversity from the impacts of global warming are national in scope, all of these activities are based out of California, either directly or indirectly through our San Francisco office. A factor in our decision to litigate and serve as co-counsel in this case was the fact that venue for such a case is appropriate in the Northern District of California, making attending court hearings, meeting with our co-plaintiffs, and carrying out other activities

DECLARATION OF MATTHEW D. VESPA
Case No. C-08-1240 MMC                                                                                           2

associated with the case logistically relatively easy and convenient, not just for our attorneys but also for our staff and members. Transferring venue to either Kentucky or the District of Columbia would render such efforts more difficult, making it less likely that Center members and staff, including myself, could actively participate in the process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at San Francisco, California on June 5, 2007.

/s/ Matthew D. Vespa
Matthew D. Vespa

I, Marianne Dugan, pursuant to ECF General Order 45X.B, attest that Matthew D. Vespa has concurred in and authorized the filing of this declaration with this court.

/s/ Marianne Dugan
Marianne Dugan
Attorney for Plaintiffs

DECLARATION OF MATTHEW D. VESPA
Case No. C-08-1240 MMC            3