Marianne Dugan (Oregon State Bar # 93256)
*pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture, <br><br> Defendant. | Case No. 08-1240-EMC <br><br> DECLARATION OF MARIANNE DUGAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO TRANSFER VENUE |

I, Marianne Dugan, declare as follows:

1. I am one of the two counsel of record for the plaintiffs in this case, and I make

Page 1 - DECLARATION OF MARIANNE DUGAN

1  this declaration in support of Plaintiffs' Response to Motion to Transfer Venue.  I make the

2  statements in this declaration based upon my personal knowledge.  I am competent to testify to

3  the matters stated herein.

4      2.    My office is located in Eugene, Oregon.  Eugene is a much costlier and lengthier

5  flight away from D.C. than from San Francisco.  There are now daily direct flights from Eugene

6  to San Francisco, taking an hour and a half; whereas travel to D.C. from Eugene generally

7  requires three airplanes, twice the airfare, and four times the travel time.

8      3.    In my experience, after than the initial filing fee, travel to oral argument is often

9  the most expensive case cost for plaintiffs in APA cases.

10      4.    In my experience, the administrative record is generally provided now in CD-

11  ROM format.

12  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

13  United States of America that the foregoing is true and correct.

14  Executed at Eugene, Oregon, on June 6, 2007.

15            /s/ Marianne Dugan
          Marianne Dugan

16

17

18

19

20

21

22

23

24

Page 2 - DECLARATION OF MARIANNE DUGAN

MARIANNE DUGAN, Attorney at Law
259 East 5th Ave., Suite 200-D
Eugene, OR  97401
(541) 338-7072; Fax (866) 650-5213
mdugan@mdugan.com