Marianne Dugan (Oregon State Bar # 93256)
*pro hac vice application pending*
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Telephone: (541) 338-7072
Fascimile: (866) 650-5213
Email: mdugan@mdugan.com

Matthew D. Vespa (CA Bar. No. 222265)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 ext. 309
Fascimile. 415-436-9683
E-mail: mvespa@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity, Kentucky Environmental Foundation, and Sierra Club

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, KENTUCKY ENVIRONMENTAL FOUNDATION, and SIERRA CLUB, | ) ) ) ) | Case No. 08-1240-EMC |
| Plaintiffs, | ) ) | DECLARATION OF AARON ISHERWOOD IN SUPPORT OF |
| v. | ) ) | PLAINTIFFS' RESPONSE TO MOTION TO TRANSFER VENUE |
| RURAL UTILITIES SERVICE, a federal agency within the United States Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |

I, Aaron Isherwood, declare as follows:

1.  I am a Coordinating Attorney for the Sierra Club, one of the plaintiffs in this case,

Page 1 - DECLARATION OF AARON ISHERWOOD

1 and I make this declaration in support of Plaintiffs' Response to Motion to Transfer Venue.  I

2 make the statements in this declaration based upon my personal knowledge.  I am competent to

3 testify to the matters stated herein.

4     2.     The Sierra Club has resided and had its headquarters in San Francisco

5 continuously since it was first incorporated 110 years ago by John Muir and other prominent San

6 Francisco civic leaders.  The Sierra Club's Executive Director, Chief Operating Officer, Chief

7 Financial Officer, Associate Executive Director for Conservation, other key officials, and the

8 majority of its environmental litigators are located in San Francisco.

9     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

10 United States of America that the foregoing is true and correct.

11     Executed at San Francisco, California on June 5, 2007.

12     /s/ Aaron Isherwood
    Aaron Isherwood

13

14 I, Marianne Dugan, pursuant to ECF General Order 45X.B, attest that Aaron Isherwood has

concurred in and authorized the filing of this declaration with this court.

15

16     /s/ Marianne Dugan
    Marianne Dugan

17     Attorney for Plaintiffs

18

19

20

21

22

23

24     MARIANNE DUGAN, Attorney at Law
    259 East 5th Ave., Suite 200-D
    Eugene, OR  97401
    (541) 338-7072; Fax (866) 650-5213
    mdugan@mdugan.com

Page 2 - DECLARATION OF AARON ISHERWOOD